IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | |
|---|---|
| Eric Flores, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **ORDER ADOPTING REPORT** |
| vs. | ) **AND RECOMMENDATION** |
| | ) |
| United States Attorney General; | ) Case No. 1:13-cv-039 |
| United States Department of Health and | ) |
| Human Services; and Public Health Service | ) |
| named Sierra Medical Center, | ) |
| | ) |
| Defendants. | ) |

On April 1, 2013, Eric Flores filed a motion for leave to proceed *in forma pauperis* and attached a proposed complaint.  See Docket Nos. 1 and 1-1.  Magistrate Judge Charles S. Miller, Jr. conducted an initial screening and issued a Report and Recommendation on April 29, 2013. See Docket No. 5.  Judge Miller recommends the Court deny Flores's motion and dismiss the complaint with prejudice.  See Docket No. 5.  In the proposed complaint, Flores alleges that federal government employees have directed transmissions from a satellite toward Mexican-Americans in order to alter their genetic code.  Magistrate Judge Miller found Flores's proposed complaint to be "clearly fanciful, fantastic, [and] delusional."  See Docket No. 5, p. 3. The Court agrees.  Accordingly, the Report and Recommendation (Docket No. 5) is **ADOPTED** in its entirety; and Flores's motion for leave to proceed *in forma pauperis* (Docket No. 1) is **DENIED**; and the complaint is **DISMISSED** with prejudice.

   **IT IS SO ORDERED.**

   Dated this 20th day of May, 2013.

                               */s/ Daniel L. Hovland*
                               Daniel L. Hovland, District Judge
                               United States District Court